

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00499-CV

In the **INTEREST OF J.A.M., J.R.M., J.P.M., and J.A.M.**, Children

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 21-03-39707-MCVAJA
Honorable Amado J. Abascal III, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgment is AFFIRMED. Costs of appeal are not assessed against appellant because she qualifies as indigent.

SIGNED December 28, 2022.

_____
Irene Rios, Justice